CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 3 0 2009

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

IVAN SPARKS,  )
    Plaintiff,  )    Civil Action No. 7:08cv00494
  )
v.  )    **FINAL ORDER**
  )
GENE M. JOHNSON, <u>et al.</u>,  )    By: Samuel G. Wilson
    Defendants.  )    United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and

**ADJUDGED** that this action is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and

this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum

Opinion to the plaintiff.

**ENTER**: This 30th day of June, 2009.

_____
United States District Judge